```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Juan Herrera

    v.                                                                           Case No. 23-cv-427-SE-AJ

FCI Berlin, Warden

<u>ORDER</u>

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 24, 2024. For the reasons explained therein, the case is dismissed, and the Warden's Motion for Summary Judgment (Doc. No. 6) is denied, without prejudice, as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Clerk is directed to enter judgment and close the case.

                                                                            /s/ SDElliott
                                                                   _____
                                                                   Samantha D. Elliott
                                                                   United States District Judge

Date: March 27, 2024

cc:   Juan Herrera, pro se
       Counsel of record